# STATE SUPREME COURT
## NEW CASES, PROCEEDINGS AND DECISIONS

## Weekly Report of NEW CASES DOCKETED

### NEW CASES DOCKETED

Cesa v. Cain ...................... 19628
Home Bank & Tr. Co. v. Perrysburg (Vil.) ........................... 19627
Industrial Com. v. Hibbs ...... 19621
Oskamp et v. Oskamp .............. 19622
Stanton v. State Tax Comm.......... 19620
State ex v. Cuyahoga County Comm... 19624
State ex v. Exhibitors' Breeder's Assn.. 19625
Thraver et v. Carpenter .............. 19626
Wille v. State ...................... 19623

### FEB. 9, 1926

19620—Edward C. Stanton, Prosecuting Attorney of Cuyahoga County v. State Tax Commission of Ohio, John A. Zangerle, Auditor of Cuyahoga County and Union Mortgage Co.; error to the Cuyahoga Appeals. E. C. Stanton and H. E. Parsons, Cleveland, for pltf; C. C. Crabbe, W. E. Benoy, Columbus, and Wilkin, Cross & Daoust, Cleveland, for defts.

### FEB. 11, 1926

19621—Industrial Commission of Ohio v. Benjamin H. Hibbs; motion for Tuscarawas Appeals to certify. C. C. Crabbe, R. R. Zurmehly, Columbus and J. E. Patrick, New Philadelphia for pltf; Mitchell & Mitchell, New Philadelphia, for deft.

19622—William P. Oskamp et al v. Louis G. Oskamp; motion for Hamilton Appeals to certify. F. Morris, T. L. Michie & C. E. Dormette, Cincinnati, for pltf; Nichols, Morrill, Stewart & Ginter,. Cincinnati, for deft.

### FEB. 15, 1926

19623—Harry F. Wille v. State of Ohio; motion for leave to file petition in error to the Hamilton Appeals. Ralph Becker and Wm. Thorndyke, Cincinnati, for pltf; C. S. Bell and C. E. Basler, Cincinnati and C. C. Crabbe, Columbus, for deft.

19624—State of Ohio ex rel Chas. C. Crabbe, Attorney General, v. Exhibitors & Breeders' Association, Inc.; quo warranto. C. C. Crabbe and W. E. Benoy, Columbus, for pltf.

19625—State of Ohio ex rel Genevieve D. Frey v. County Commissioners of Cuyahoga County; motion for Cuyahoga Appeals to certify. W. D. Meals, Cleveland, for pltf; E. C. Stanton, Cleveland, for deft.

### FEB. 16, 1926

19626—Edward A. Thraver and Fred Smith v. Anna Carpenter; motion for Lucas Appeals tocertify. N. R. Harrington, Bowling Green, for pltf; F. Riehm and C. Schreiber, Toledo and B. F. James, Bowling Green, for deft.

19627—Home Bank & Trust Co. v. Village of Perrysburg; motion for Wood Appeals to certify. Smith, Baker, Effler & Eastman, Toledo, for pltf; Denman, Miller & Wall, Toledo, for deft.

19628—Carmino Cesa v. John Cain; motion for Cuyahoga Appeals to certify. W. H. McMorris, E. J. Parker, Cleveland, for pltf; Payer, Winch, Minshall & Karch, Cleveland, for deft.

## PROCEEDINGS OF SUPREME COURT

### GENERAL DOCKET

American Soap Co. v. Bogue.......... 19320
Baker Evans Ice Cream Co. v. Tedesco. 19071
Dayton Bd. of Ed. v. State ex.......... 19573
Hocking Val. Ry. Co. v. Kotner....... 19092
Livingston Co. v. Steeter ........... 19085
Maddex v. Columber ................. 19166
State ex v. Locher .................. 19347
State ex v. Indust. Comm............. 19301
State v. Douglas ................... 19147
Thayer, Ex Parte .................. 19186
Tuck v. Chapple ................... 19025
Tuck, Amanda v. Chapple ........... 19026

### MOTION DOCKET

Backbella v. State .................. 19528
Bancroft et v. Williams ............. 19486
By-Products Recovery Co. v. Mabee.... 19470
Cinc. Tract. Co. v. Williams ........ 19514
Cuyahoga County Comm. v. Jones...... 19498
Dayton & Xenia Motor Bus v. Pub. Util. Com. ............................. 19613
Donovan v. State ................... 19507
Euga et v. Lancaster Coal & Sand Co... 19493
Lakewood (City) v. Daly ............ 19523
Manton et v. Manton ............... 19505
Murphey v. State .................. 19508
National Coal Co. v. Heskett ....... 19492
Shockey v. Thornburg Sales Co........ 19530
Sommers v. Doersam et .............. 19494
Stuller et v. Bowling Green (City)... 19497
Townsend Bros. Milk Co. v. French Bros.- Bauer ............................. 19499
Tuck v. Chapple ................... 19025
Tuck, Amanda v. Chapple ........... 19026

### PROCEEDINGS OHIO SUPREME COURT TUESDAY, FEB. 16, 1926 GENERAL DOCKET

19025—Robert E. Tuck v. George Chapple; error to the Court of Appeals of Cuyahoga county. On motion to dismiss. Overruled. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 3-18-25; 3 Abs. 198.

19026—Amanda Tuck v. George Chapple; error to the Court of Appeals of Cuyahoga county. On motion to dismiss. Overruled. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 3-18-25; 4 Abs. 198.